IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN KIRK FIPPS, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-12-232-KEW |
| | ) |
| CIGNA GROUP INSURANCE, | ) |
| | ) |
|       Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO F<small>ED</small>. R. C<small>IV</small>. P. 41**

Come now the parties and stipulate as follows:

1. The Plaintiff BRIAN KIRK FIPPS and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, incorrectly named as CIGNA Group Insurance, have agreed to resolve this action to their mutual satisfaction.

2. Therefore, Plaintiff and Defendant stipulate to the dismissal WITH PREJUDICE of this action, with each party to bear its / his own costs and attorneys' fees.

| | |
|---|---|
| /s/Kenneth Shane Walker | s /Erin K. Dailey |
| *(Signed by Filing Attorney with* | Timothy A. Carney, OBA 11784 |
| *permission of Plaintiff's Attorney)* | Erin K. Dailey, OBA 20189 |
| Walker and Associates | G<small>ABLE</small>G<small>OTWALS</small> |
| 4 N.E. 10th Street, Box 257 | 1100 ONEOK Plaza |
| Oklahoma City, OK 73104 | 100 West 5th Street |
| 405-503-6766 | Tulsa, OK 74103 |
| | 918-595-4800 |

{1015703;}